**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 15, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-01007-CV

---

**THOMAS BEETS AND LESLIE BEETS, Appellant**

**V.**

**NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2, Appellee**

---

**On Appeal from the 344th District Court**
**Chambers County, Texas**
**Trial Court Cause No. CV28146**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 26, 2014. On October 7, 2015, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.